**J. A. WIGGINS and Dovie B. Wiggins, Plaintiffs-Appellants,**

v.

**ENGELHARD MINERALS & CHEMICAL CORPORATION, Defendant-Appellee.**

**No. 30143.**

United States Court of Appeals, Fifth Circuit.

June 9, 1971.

R. Lamar Brannon, G. Dean Booth, Jr., Atlanta, Ga., Dorothy W. Russell, Decatur, Ga., Troutman, Sams, Schroder & Lockerman, Atlanta, Ga., for appellants.

Irwin L. Evans, Sandersville, Ga., Frank C. Jones, Timothy K. Adams, Macon, Ga., Jones, Cork, Miller & Benton, Macon, Ga., of counsel, for appellee.

Before THORNBERRY, GODBOLD and MORGAN, Circuit Judges.

PER CURIAM:

The judgment of the trial court is affirmed on the basis of the findings of fact and the well-reasoned conclusions of law of the trial court. See 328 F.Supp. 33 (M.D.Georgia).

Affirmed.

**J. Albert HUTCHINSON, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 24677.**

United States Court of Appeals, Ninth Circuit.

July 8, 1971.

J. Albert Hutchinson (argued), San Francisco, Cal., for appellant.

John A. Townsend (argued), Lee A. Jackson, Elmer J. Kelsey, for Dept. of Justice, K. Martin Worthy, Chief Counsel, Johnnie M. Walters, Asst. Atty. Gen., Washington, D. C., for appellee.

Before BARNES, HAMLEY and CHOY, Circuit Judges.

PER CURIAM:

We affirm on the tax court opinion, and the authority of Rezazadeh v. Commissioner of Internal Revenue, 356 F.2d 898 (7th Cir. 1966) and Schluter v. Commissioner, 443 F.2d 107, decided June 9, 1971 (9th Cir.).